IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN BRADFORD,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3113

_____/

Opinion filed August 16, 2017.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Andy Thomas, Public Defender, and Glenna Joyce Reeves, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General, and Quentin Humphrey, Assistant Attorney General, for Appellee.

PER CURIAM.

  AFFIRMED.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.